UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
DEC 27 2006
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N C

IN RE:  ) CASE NO. 98-00221-ATS
 )
EXPRESS PARTS WAREHOUSE, INC. ) CHAPTER 7
 )
 DEBTOR )

### ORDER TO REFUND UNCLAIMED FUNDS

IT APPEARING THAT an amount of $7,354.15, composed of two (2) checks in the amount of $6,895.58 and $458.57 due to BELLSOUTH CORPORATION ("BELLSOUTH") Creditor in the above referenced case, are being held in the Court's registry account of unclaimed funds or deposited with the United States Treasury according to Title 11 of the U.S.C. § 347.

IT ALSO APPEARING THAT Douglas Bell d/b/a DREK Enterprise, Attorney-in-Fact for BELLSOUTH has furnished all necessary documentation and otherwise complied with the requirements for release of unclaimed funds, including all applicable provisions of Title 28 of the U.S.C. § 2042. A Limited Power of Attorney granting authority to petition the Court to collect funds on behalf of the above referenced creditor has been filed.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk, U.S. Bankruptcy Court, Eastern District of North Carolina, shall pay the unclaimed funds in the amount of $7,354.15 to the order of the following:

BELLSOUTH
c/o DREK Enterprise
100 Old Salem Avenue, Suite 800
Greer, SC  29650

Dated: 12/27, 2006

United States Bankruptcy Judge